330 A.2d 833

**William E. BROWN and Mary E. Brown, his wife, Appellants,**

**v.**

**Henry P. LENCER and Catherine E. Lencer, his wife.**

Supreme Court of Pennsylvania.

Argued Oct. 10, 1974.

Decided Jan. 27, 1975.

Robert C. Hillen, Kachulis, Copetas, Adams & Hillen, Pittsburgh, for appellants.

Arnold E. Dolby, Ralph L. S. Montana, Clarion, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM:

Decree affirmed. Case remanded to the court below for certification to the law side of the court. Each party to bear own costs.